

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| MICHAEL DIFRANCESCO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE BULLOCK, in his official capacity as Governor of Montana; TIM FOX, in his official capacity as Attorney General of Montana; SARAH GARCIA, in her official capacity as Administrator of the Motor Vehicle Division; and MICHELE SNOWBERGER, in her official capacity as Bureau Chief of the Driver Services Bureau<br><br>Defendants. | No. CV-17-66-BU-SEH<br><br>**ORDER** |

Plaintiff has moved for admission of Phil Telfeyan, Esq.[1]; Catherine

Sevcenko, Esq.[2]; and Rebecca Ramaswamy, Esq.[3] to practice before this Court in

---

[1] Doc. 2.

[2] Doc. 3.

[3] Doc. 4.

this case *pro hac vice*, as local counsel.

The policy of this Court precludes admission of more than two *pro hac vice* lawyers for any one party.

ORDERED:

Plaintiff shall withdraw the application for *pro hac vice* admission of one of the above-mentioned lawyers on or before September 12, 2017.

The Court will take up the applications upon receipt of the withdrawal ordered.

DATED this 5th day of September, 2017.

*/s/ Sam E. Haddon*

SAM E. HADDON

United States District Judge