# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
SEP 11 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MICHAEL DIFRANCESCO, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVE BULLOCK, in his official capacity as Governor of Montana; TIM FOX, in his official capacity as Attorney General of Montana; SARAH GARCIA, in her official capacity as Administrator of the Motor Vehicle Division; and MICHELE SNOWBERGER, in her official capacity as Bureau Chief of the Driver Services Bureau<br><br>　　　　　　Defendants. | No. CV-17-66-BU-SEH<br><br>**ORDER** |

Plaintiff has moved for admission of Phil Telfeyan, Esq.[1] ("Telfeyan") and Rebecca Ramaswamy, Esq.[2] ("Ramaswamy") to appear *pro hac vice* in this case

---

[1] Doc. 2.

[2] Doc. 4.

with Robert Farris-Olsen, Esq. of Helena, Montana, to act as local counsel. Telfeyan and Ramaswamy's applications appear to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs' motion to allow Telfeyan and Ramaswamy to appear on their behalf is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Telfeyan or Ramaswamy, but not both, may act as co-lead counsel;

3. Telfeyan and Ramaswamy must each do their own work. Each must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

Admission is personal to Telfeyan and Ramaswamy; it is not an admission of their law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Telfeyan and Ramaswamy, within

fifteen (15) days of the date of this Order, file an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 11th day of September, 2017.

SAM E. HADDON
United States District Judge