

FILED

FEB 14 2019

Clerk, U S District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MICHAEL DiFRANCESCO and ASHLEY DAVIS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General of Montana; SARAH GARCIA, in her official capacity as Administrator of the Motor Vehicle Division; and MICHELE SNOWBERGER, in her official capacity as Bureau Chief of the Driver Services Bureau,<br><br>Defendants. | No. CV 17-66-BU-SEH<br><br>ORDER |

On February 14, 2019, the parties filed a Joint Motion to Vacate Pretrial Conference and Joint Proposed Briefing Schedule.[1]

---

[1] Doc. 59.

-1-

The record now before the court strongly suggests that numerous and yet unresolved issues of fact may exist that directly bear upon the question of whether summary judgment for either party may be or will be appropriate.

ORDERED:

The Joint Motion to Vacate Pretrial Conference and for Joint Proposed Briefing Schedule[2] are DENIED. The Court's order of January 9, 2019,[3] in all respects remains in full force and effect. The preliminary pretrial conference will proceed as scheduled.

DATED this 14th day of February, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Doc. 59.

[3] Doc. 58.