THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL DIFRANCESCO and ASHLEY DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> TIM FOX, in his official capacity as Attorney General of Montana; SARAH GARCIA, in her official capacity as Administrator of the Motor Vehicle Division; and MICHELE SNOWBERGER, in her official capacity as Bureau Chief of the Driver Services Bureau, <br><br> Defendants. | Case No. CV-17-66-BU-SEH <br><br> **ORDER GRANTING MOTION TO STAY ALL PROCEEDINGS** |

Plaintiffs' Unopposed Motion to Stay All Proceedings[1] for thirty days, in light of the enactment by the Montana Legislature and signing into law by Governor Steve Bullock of HB 217, is GRANTED.

DATED this 15th day of May, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 81.